**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1865-18T3

THE BANK OF NEW YORK
MELLON f/k/a THE BANK
OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATE
HOLDERS CWALT, INC.,
ALTERNATIVE LOAN TRUST
2005-32T1 MORTGAGE PASS-
THROUGH CERTIFICATES,
SERIES 2005-32T1,

     Plaintiff-Respondent,

v.

SCOTT R. NEWELL and
DOREEN NEWELL,

     Defendants-Appellants,

and

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS,
INC., AS NOMINEE FOR
COUNTRYWIDE BANK, NA, and
SALOMONE BROTHERS, INC.,

     Defendants.

_____

Argued November 13, 2019 – Decided April 6, 2020

Before Judges Fisher, Accurso, and Gilson.

On appeal from the Superior Court of New Jersey, Chancery Division, Morris County, Docket No. F-025202-15.

Owen T. Weaver argued the cause for appellants (Inglesino, Webster, Wyciskala & Taylor, LLC, and Pezold, Smith, Hirschmann and Selvaggio, LLC, attorneys; Denis F. Driscoll, Owen T. Taylor, Joao Magalhaes, and Gerard F. Smith, of counsel and on the briefs).

Robert F. Thomas argued the cause for respondent (Pluese, Becker & Saltzman, LLC, attorneys; Stuart H. West, on the brief).

PER CURIAM

The parties have advised the court this matter has been amicably resolved and have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1865-18T3